UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-20560
Summary Calendar
_____

NCNB TEXAS NATIONAL BANK, As receiver for
First Republicbank Houston NA and
KWP FINANCIAL I, INC.,

Plaintiffs - Appellees,

versus

ALLEN HOUK, Trustee, Et Al.,

Defendants

SIU NIN NG, also known as David Ng;
PO-SHIN WONG NG

Defendants - Appellants.

_____

Appeal from the United States District Court
for the Southern District of Texas
(CA-H-91-571)
_____

June 21, 1996

Before DAVIS, BARKSDALE, and DeMOSS, Circuit Judges.

PER CURIAM:[*]

Siu Nin Ng and Po-Shin Wong Ng (Ngs) appeal an adverse summary

judgment concerning a guaranty given by the Ngs in 1987.  They

_____

[*]    Pursuant to Local Rule 47.5, the court has determined that
this opinion should not be published and is not precedent except
under the limited circumstances set forth in Local Rule 47.5.4.

claim the existence of genuine issues of material facts concerning the meaning of the guaranty and the calculation of the amount due.

Needless to say, we review a summary judgment *de novo*. Our review of the record does not reveal a material fact issue. Moreover, we find no reversible error in the district court's characterization of the "oral motion" for summary judgment as a "reurging" against the Ngs of the summary judgment motion filed earlier against the other defendants.

***AFFIRMED.***